RUFUS LILLIARD v. STATE.
No. A-1229. Opinion Filed October 26, 1912.
Appeal from Pottawatomie County Court;
Ross F. Lockridge, Judge.

Rufus Lilliard was convicted of disturbing religious worship, and appeals. Affirmed.

S. P. Freeling, for plaintiff in error.

Chas. West, Atty. Gen., for the State.

PER CURIAM. Rufus Lilliard was convicted in the county court of Pottawatomie county at the January, 1911, term on a charge of disturbing religious meeting in said county, and his punishment fixed at a fine of fifteen dollars. On a careful examination of the record we

find no error sufficient to justify a reversal of this cause. The judgment of the trial court is therefore affirmed.